

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/08/2024 02:00 PM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00300-CPM** | 11 | 01/22/2024 |

**Chapter 11**

**DEBTOR:**         GNSP Corp

**DEBTOR ATTY:**   Amy Mayer

**TRUSTEE:**       Michael Markham

**HEARING:**

1. (SubV) Confirmation of Chapter 11 Small Business Subchapter V Plan Filed by Amy Denton Mayer on behalf of Debtor GNSP Corp. (Mayer, Amy) Doc #66
2. Objection to Confirmation of Plan Filed by Jesse Lee Ray on behalf of Shilpa Patel, Kamal Patel, an individual (related document(s)[66]). (Ray, Jesse) Doc #91
3. Continued Hearing on Emergency Motion to Use Cash Collateral Filed by Amy Denton Mayer on behalf of Debtor GNSP Corp Doc #14

NOTE:
- Motion to Reschedule Hearing On Confirmation of Plan Due to Family Health Issues and Extend All Deadlines Related to Confirmation Filed by Amy Denton Mayer on behalf of Debtor GNSP Corp Doc # 93   [Filed 8/6/2024/]
.

**APPEARANCES:**:
AAPPEARANCES: via zoom: Amy Mayer, Jesse Ray, Michael Markham, Benjamin Lambers


**RULING:**
1. (SubV) Confirmation of Chapter 11 Small Business Subchapter V Plan Filed by Amy Denton Mayer on behalf of Debtor GNSP Corp. (Mayer, Amy) Doc #66


2.   Objection to Confirmation of Plan Filed by Jesse Lee Ray on behalf of Shilpa Patel, Kamal Patel, an individual (related document(s)[66]). (Ray, Jesse) Doc #91


3. Continued Hearing on Emergency Motion to Use Cash Collateral Filed by Amy Denton Mayer on behalf of Debtor GNSP Corp Doc #14

NOTE:

- Motion to Reschedule Hearing On Confirmation of Plan Due to Family Health Issues and Extend All Deadlines Related to Confirmation Filed by Amy Denton Mayer on behalf of Debtor GNSP Corp Doc # 93   [Filed 8/6/2024/]


   ...Granted (continued to 9/10/2024 at 2:00 p.m.) - Order by Mayer...

For remote aAPPEARANCES:, please refer to Judge McEwen's webpage at
https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf
.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.